## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  DENISE SHANNON | ) | Case No. 23 B 02260 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for April 18, 2023 10:30 am, for the following:

Debtor has failed to complete section 2.3 of the plan as required by 11 U.S.C. §§ 1325(a)(1). Debtor to uncheck the first box, check the third box and add the trustee's preferred tax language.

Debtor has failed to complete section 5.1 of the plan as required by 11 U.S.C. §§ 1325(a)(1).

Debtor has failed to provide copies of 60 days of pay advices and/or other evidence of income in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1).

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: March 31, 2023                                                        /s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: DENISE SHANNON | ) | Case No. 23 B 02260 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: CAROL A DOYLE |

## CERTIFICATE OF SERVICE

I, Kelleye Robinson, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID FREYDIN  (via CM/ECF)
*Attorney for Debtor*

Patrick Layng  (via CM/ECF)
United States Trustee

DENISE SHANNON  (via U.S. Postal Service)
8638 S MUSKEGON AVE
CHICAGO, IL 60617
*Debtor*

Dated: March 31, 2023                                  /s/ Kelleye Robinson
                                                      _____
                                                      Kelleye Robinson
                                                      Office of the Chapter 13 Trustee
                                                      55 E. Monroe St., Suite 3850
                                                      Chicago, IL 60603
                                                      (312) 294-5900