**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>Denise Shannon<br><br><br>Debtor | Case No.:   23-02260<br>Chapter:   13<br>Plan filed on 02/22/2023<br>Confirmation Hearing:  4/18/23<br><br>Judge Carol A. Doyle |

**OBJECTION TO CONFIRMATION OF PLAN FILED ON 02/22/2023**

**NOW COMES** FINANCE OF AMERICA REVERSE LLC, and/or its assigns (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on 02/22/2023 and in support thereof states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 2/21/2023 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Movant is a creditor of an individual by the name of George Shannon, who is deceased, with respect to a reverse mortgage upon property commonly known as 8638 S Muskegon Avenue, Chicago, IL, and the Debtor appears to be an heir.

3. The plan proposes to pay a secured claim of $133,700.00 to Movant, payable at 0% interest and with no set monthly payment.

4. However, Movant intends to file a secured claim in the estimated amount of $143,242.53. Movant objects to this incorrect balance, the 0% interest payable on the secured claim, and the fact that the plan not provide for a set monthly payment to Movant.

5. The plan also fails to provide in Part 8 that the Debtor will be responsible for all real estate taxes and insurance for this property since there is no escrow for these items. In fact, the Debtor's Schedule J budget does *not* include any provision for real estate taxes.

6. In addition, the proposed plan is not feasible and is speculative in that the plan in this case—as well as in Debtor's last failed case—depends on a $1,300.00 monthly "rent" contribution from a family member. In the last case, the family member did not move into the home but supposedly has moved into the home for this case, according to Debtor's motion to extend stay.

7. However, in Debtor's last case, namely Case No. 22-12435, the Debtor made *no* payments to the Trustee. This was solely due to the lack of family contribution, according to Debtor's motion to extend stay and *despite* the Debtor's schedules listing monthly income of $6,151.17 from a job that the Debtor has had for more than 12 years.

8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

> $550.00 for Objection to confirmation of the Chapter 13
> plan including plan review and attending confirmation, if not
> separately billed.

**WHEREFORE,** FINANCE OF AMERICA REVERSE LLC prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this April 4, 2023.

Respectfully Submitted,
Codilis & Associates, P.C.

By:  /s/ Terri M. Long

Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Berton J. Maley ARDC#6209399
Terri M. Long ARDC#6196966
Michael P. Kelleher ARDC#6198788
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-19-07143

NOTE: This law firm is a debt collector.